80,075-03,04

Cause No. 11F0754-102, 11F0755-102

DANNY YATES §  IN THE DISTRICT COURT

v. §  102nd JUDICIAL DISTRICT

THE STATE OF TEXAS §  BOWIE COUNTY, TEXAS

MOTION TO WITHDRAW WRIT
APPICATION OF HABEAS CORPUS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 2 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Danny Yates, Defendant prose in the above styled and numbered causes, respectfully moves this Honorable Court, respectfully, requesting to withdraw both Writ of Habeas Corpus Applications, filed with the District Clerk on or about 28th day of October, 2015. Applicant seeks to refile with more grounds and facts to support his grounds.

PRAYER

WHEREFORE, Defendant prays this Honorable Court will allow the Defendant to withdraw both Writ Application pursuant to Article 11.07, Texas code of Criminal Procedure.

Respectfully submitted,

Danny Yates

Danny Yates, #1757346
Beto Unit, 1391 FM 3328
Tennessee Colony, Tx. 75880

## CERTIFICATE OF SERVICE

I, Danny Yates, hereby certify that a true and correct copy of the above foregoing Motion has been provided to the District Attorney of Bowie County, Texas and to the Court of Criminal Appeals, Austin, Texas, by U.S. Mail on the 1st day of December, 2015

Danny Yates
Danny Yates